DISTRICT OF OREGON, ss:        AFFIDAVIT OF HUNTER E. FIKES

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Hunter E. Fikes, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 2022.  My current assignment involves investigating child exploitation crimes, threat related crimes, and other federal violations.  My training and experience include investigating federal criminal violations related to child exploitation, and child pornography, and interstate threats, among other federal violations.  Prior to working for the Federal Bureau of Investigation, I worked for the Metropolitan Nashville Police Department where I worked numerous investigations, to include being a Detective in the Crimes Against Children Unit for three years.  I have gained experience through work relating to conducting these types of investigations.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 875, and I am authorized by law to request a search warrant.

2.   I submit this affidavit in support of a criminal complaint and arrest warrant for Jeffrey Alan Voss (hereinafter "Voss"), for violations of 18 U.S.C. § 875(c) (transmitting threats in interstate communications**,** hereinafter, "Target Offense").  As set forth below, there is probable cause to believe, and I do believe, that Voss committed Target Offense in violation of 18 U.S.C. § 875(c).

3.   The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, investigators, and witnesses.  This

affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## Applicable Law

4.  Title 18, United States Code, Section 875(c) prohibits individuals from transmitting communications containing any threat to injure the person of another in interstate or foreign commerce.

## Statement of Probable Cause

5.  On September 27, 2024, I was contacted by the Eugene Police Department involving a series of live videos that were made by a Facebook account with the username "Jeff Jv," that investigators identified as belonging to Jeffrey Alan Voss, hereinafter "Voss," which were posted on an internet social media site, specifically Facebook.

6.  Thereafter, I viewed a video that was posted to Facebook by the Facebook account "Jeff Jv" an account identified with Voss. The first video, "Video 1," was posted on or about September 23, 2024, and depicted a male individual wearing a baseball hat and blue sunglasses that was consistent with the physical description of Voss, based on a review of relevant records associated with Voss. A screenshot of Video 1 is depicted below.



In the video, Voss references being in Springfield, Oregon, and thinking of "becoming the next "Kip Kinkel." Voss asks what it will take for people to stop picking on him and to treat him with respect. Based on open-source research I believe Voss was referring to "Kipland Kinkel" who, in May 1998, committed a shooting at Thurston High School in Springfield, Oregon using an automatic rifle and killing two students and wounding twenty-five others. In the above depiction, the textual overlay states " . . . Kinkel for you guys to realize that I'm not **** someone you . . . ." Based on my review of the video, this excerpt is part of a textual statement posted by Voss that is similar to the statements he was making in the video.

7. I reviewed the second video, "Video 2," on September 27, 2024. This one is a "live" video, meaning that it was transmitted via Facebook in real-time. The username for the Facebook account was not visible during the live video. The video depicts Voss inside of a

residence wearing a black sweatshirt and holding a silver firearm. The firearm in the video appears to be a revolver type handgun. A screenshot of the live video is posted below:



In the video, Voss references that he is "tired of getting picked on" and then displays the firearm, cocks it, points it at the camera and states, "you are pushing a madman to his fucking breaking point," then "I'm not going to shoot myself; I am going to shoot you."

        8.      I note that Video 2 did not clearly display a Facebook account username, though I know from this investigation that the individual depicted in Video 2 is Voss, including based on another video that was posted by the Facebook account "Jeff Jv" on or about September 24, 2024. This video shows Voss inside a similar bedroom wearing the same chain necklace as

Videos 1 and 2. A screenshot of that video is depicted below, and appears to be the same bedroom as that displayed in Video 2.



8.      On or about September 27, 2024, Eugene Police Department received an emergency 911 call from an adult witness, "AW1," whose identity is known by law enforcement, but is left anonymous in this complaint, who stated they observed a live video, "Video 3," posted to Facebook by a person known to AW1 as Voss. AW1 described the video as depicting Voss stating something to the effect of (1) Voss being three minutes from Springfield High School and (2) some unnamed group of people was all going to have to learn the hard way not to mess with

**Affidavit of Hunter E. Fikes**                                                                                    **Page 5**

someone. AW1 was alarmed and concerned with the video they observed and contacted Eugene Police Department.

*Previous Investigation by FBI in 2020*

9. Bay way of background, I reviewed relevant FBI records associated with Voss. I learned that, on February 2020, Voss was involved in an investigation conducted by the FBI for posting threats to kill others and himself on Facebook and Twitter. Along with the threatening posts on Facebook and Twitter, Voss also posted several images of firearms. The Facebook account used by Voss in 2020 had a username of "Jeff Mo Fn V" and Voss' Twitter profile depicted a photograph of himself holding a firearm.

10. As a result of that investigation, Voss was interviewed by FBI agents in March 2020, and confirmed being the user of both the Twitter and Facebook accounts. Voss stated that people bother him on Facebook and say things that make him respond. Voss stated he no longer had access to weapons because they were stolen and the assault rifle that was depicted in one of the posts was being kept at his father's house. Voss was warned by FBI about the threatening nature of his posts and informed of the possibility of charges for threatening communications transmitted in interstate commerce. Following the encounter, FBI did not pursue a case against Voss in 2020.

11. The account that was used in 2020 by Voss had a similar username to the account that was used in September 2024 to make the threatening posts. Additionally, similar images and language were found on both accounts with Voss admitting to ownership of the Facebook account in 2020.

*Review of Voss' Relevant Criminal History*

12. I conducted a review of Voss's criminal history, which reveals he has been charged with Unlawful Purchase of a Firearm in August 2024 in Lane County. Voss has appears to have been charged with assault, menacing, and disorderly conduct. Voss has been convicted of contributing sex-delinquency of a minor and harassment. Voss has also been denied a concealed handgun carry permit based risk of endangerment to self or others.

*Facebook Exigent Request Results*

13. On September 27, 2024, SA Fikes sent an exigent request to Facebook for the account Jeff Jv that was used to post the live videos from. SA Fikes received and reviewed results of that request from Facebook. The results indicated that the date of birth for the user was xx/xx/1993. I know this to also be the date of birth of Voss. The last known date, time, and location for the mobile device used to access the account was September 27, 2024, at approximately 20:26:49 UTC time. The latitude associated with the location was 44.0437194 and the longitude was -123.1342421 and this was within 100 meters. A Google search of the latitude and longitude indicated the location to be at or near an address that I know to be Voss' registered address, according to open-source data and the address listed on Voss's driver's license. Based on the information received from Facebook, I have probable cause to believe, and I do believe, that Voss was the owner and user of the account Jeff Jv on Facebook.

## Conclusion

14. Based on the foregoing, I have probable cause to believe, and I do believe, that Jeffrey Alan Voss committed Target Offense in violation of 18 U.S.C. § 875(c). I therefore request that the Court issue a criminal complaint and arrest warrant for Jeffrey Alan Voss.

**Affidavit of Hunter E. Fikes**                                                                                      **Page 7**

15. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) William M. McLaren, and AUSA McLaren advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Hunter E. Fikes
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:27am a.m./p.m. on September 30, 2024.

_____
HONORABLE MUSTAFA T. KASUBHAI
United States Magistrate Judge