UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-409-MC |
| v. | INDICTMENT |
| JEFFREY ALAN VOSS, | 18 U.S.C. § 875(c) |
| Defendant. | 18 U.S.C. § 1512(b)(2)(B) |

THE GRAND JURY CHARGES:

## COUNT 1
(Interstate Threatening Communication)
(18 U.S.C. § 875(c))

On or about September 27, 2024, in the District of Oregon, defendant **JEFFREY ALAN VOSS**, knowingly and willfully transmitted in interstate and foreign commerce, communications by way of an internet-based social media application to wit, live-recorded videos, containing threats to shoot and/or injure viewers in general and Victim High School 1 in particular, with conscious disregard that the communications would be viewed as a true threat of violence.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Attempted Evidence Tampering)
### (18 U.S.C. § 1512(b)(2)(B))

On or about October 1, 2024, in the District of Oregon, defendant **JEFFREY ALAN VOSS**, following the commencement of criminal proceedings before the United States District Court for the District of Oregon in case number 6:24-mj-00210-MK, did attempt to corruptly persuade another person, Individual 1, to conceal an object with the intent to impair the object's integrity and availability for use in an official proceeding, to wit: upon **VOSS** learning his home would be searched by federal investigators through a court-authorized search warrant, **VOSS** asked Individual 1 to go to **VOSS'** home as follows "They're going to check out my place? You need to make sure there is nothing in my place, you know what I'm talking about . . . ," and the investigators' search revealed the presence of firearms, ammunition, body armor, threatening writings, electronic devices, and a replica firearm, items of evidence related to the above criminal proceedings.

In violation of Title 18, United States Code, Section 1512(b)(2)(B).

Dated: November 5, 2024

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

On behalf of

_____
WILLIAM M. McLAREN
Assistant United States Attorney